UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Court Case No. 13-cv-23906 PCH (Huck/Otazo-Reyes)**

ANGELIQUE HENDERSON,

    Plaintiff,

vs.

MIAMI DADE COUNTY,

    Defendant.

_____/

**Amlong & Amlong P.A.'s Motion for Leave to Withdraw as Counsel for Plaintiff and Incorporated Motion for 30 Day Stay of All Deadlines**

Amlong & Amlong P.A., pursuant to Rule 4-1.16(b) of the Rules Regulating the Florida Bar and Local Rule 11.1(d)(3), hereby files this Motion for Leave to Withdraw as Counsel for Plaintiff and Incorporated Motion for 30 Day Stay of All Deadlines, and, in support thereof, states as follows:

1.    Rule 4-1.16(b) of the Rules Regulating the Florida Bar provides:

Except as stated in subdivision (c), a lawyer may withdraw from representing a client if:

(1) withdrawal can be accomplished without material adverse effect on the interests of the client;
(2) the client insists upon taking action that the lawyer considers repugnant, imprudent, or with which the lawyer has a fundamental disagreement;
(3) the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled;
(4) the representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client; or
(5) other good cause for withdrawal exists.



**The Amlong Firm** • 500 Northeast Fourth Street • Fort Lauderdale, FL  33301 • 954.462.1983

2. In light of professional considerations, Amlong & Amlong P.A. hereby asks this Court to grant it leave to withdraw as counsel.

3. Pursuant to Rule 4-1.16(d) of the Rules Regulating the Florida Bar ("Protection of Client's Interest"), Amlong & Amlong P.A. respectfully requests that plaintiff be given 30 days within which to secure new counsel, if she so desires, and that this action be stayed during that period. "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." Landis v. North American Co., 299 U.S. 248, 254, 57 S.Ct. 163, 166 (1936).

4. Pursuant to Local Rule 11.1, notice has been given to plaintiff and a copy of the instant motion is being served via U.S. Mail to plaintiff's home address. Opposing counsel also was given notice and will be served with a copy of this motion. Plaintiff's current address is:

> Angelique Henderson
> 16370 SW 16th Street
> Pembroke Pines, FL 33027

5. It is unknown whether defendant has any objection to the motion to stay the proceeding. Lead counsel for defendant is out of the office this week and advised that defendant would respond on Tuesday, July 22, 2014.

Accordingly, Amlong & Amlong P.A. respectfully requests entry of an order granting this motion to withdraw and staying this proceeding for 30 days to provide plaintiff the opportunity to obtain new counsel, if she so desires.

Dated: July 16, 2014                              Respectfully Submitted,

/s/ *Ryan Brenton*
RYAN BRENTON
Florida Bar No. 107675
RBrenton@TheAmlongFirm.com
KAREN COOLMAN AMLONG
Florida Bar No. 275565
KAmlong@TheAmlongFirm.com
WILLIAM R. AMLONG
Florida Bar No. 470228
WRAmlong@TheAmlongFirm.com
AMLONG & AMLONG, P.A.
500 Northeast Fourth Street
Fort Lauderdale, FL 33301
(954) 462-1983

### Certificate of Service

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed with the United States District Court for the Southern District of Florida and thereby electronically transmitted to counsel of record, and a copy was served on plaintiff via U.S. Mail and E-mail.

/s/ *Ryan Brenton*
RYAN BRENTON

### Service List

| | |
|---|---|
| KAREN COOLMAN AMLONG | WILLIAM X. CANDELA |
| Florida Bar No. 275565 | Florida Bar No. 0759317 |
| Kamlong@TheAmlongFirm.com | wxc@miamidade.gov |
| WILLIAM R. AMLONG | JONI A. MOSELY |
| Florida Bar No. 470228 | Florida Bar No. 66874 |
| WRAmlong@TheAmlongFirm.com | jmosely@miamidade.gov |
| RYAN C. BRENTON | Miami-Dade County Attorney's Office |
| Florida Bar No. 107675 | 111 N.W. First Street, Suite 2810 |
| Rbrenton@TheAmlongFirm.com | Miami, FL 33128 |
| AMLONG & AMLONG, P.A. | (305) 375-5151 |
| 400 Northeast Fourth Street | |
| Fort Lauderdale, FL 33301 | |
| (954) 462-1983 | |